UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALONER SAINTILLUS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Respondent. | No. 2:24-cv-1211 CKD P<br><br><br><br>ORDER |

On April 26, 2024, petitioner filed what he called a petition for writ of habeas corpus under 28 U.S.C. § 2255, although he did not clearly identify the conviction challenged. On May 7, 2024, petitioner filed the same document in case no. 2:20-cr-0213 KJM (ECF No. 256). The documents filed in both cases are the same and it appears that the conviction challenged is the one entered in 2:20-cr-0213. Because a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2255 is properly filed in the same case as the conviction challenged, IT IS HEREBY ORDERED that this case is closed, and petitioner shall proceed on the petition filed in 2:20-cr-0213.

Dated: May 14, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/sain0543.dup